and *Philip R. Monahan* for the United States.

No. 214. SUTTLE, ADMINISTRATRIX, *v.* REICH BROS. CONSTRUCTION CO. ET AL. Certiorari granted. *John D. Miller, Henry G. Bloch, C. F. Engle* and *S. B. Laub* for petitioner.

No. 215. IN RE OLIVER. Certiorari granted. *Louis M. Hopping, Osmond K. Fraenkel, Elmer H. Groefsema* and *Wm. Henry Gallagher* for petitioner. *Eugene F. Black,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *H. H. Warner,* Assistant Attorney General, for the State of Michigan, respondent.

No. 280. FUNK BROTHERS SEED CO. *v.* KALO INOCULANT CO. Certiorari granted. *H. A. Toulmin, Jr.* and *D. C. Staley* for petitioner. *J. Bernhard Thiess, Sidney Neuman* and *M. Hudson Rathburn* for respondent.

No. 100. UNITED STATES *v.* BROWN. Certiorari granted. *Acting Solicitor General Washington* for the United States. *Elmo B. Hunter* for respondent.

No. 101. ECCLES ET AL. *v.* PEOPLES BANK OF LAKEWOOD VILLAGE, CALIFORNIA. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Acting Solicitor General Washington* and *George B. Vest* for petitioners. *Samuel B. Stewart, Jr.* and *Luther E. Birdzell* for respondent.